**United States Bankruptcy Court**
Eastern District of New York

In re   A & T Assets LLC                                          Case No. _____
                              Debtor(s)                           Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: MA-1/23/2023

Evangelos Gerasimou/Manager
Signer/Title

Date: 5/24/2023

Signature of Attorney
**Marc A. Pergament**
**Weinberg, Gross & Pergament LLP**
**400 Garden City Plaza**
**Suite 309**
**Garden City, NY 11530**

Eldridge Properties, Inc.
c/o Leavitt & Kerson
118-35 Queens Blvd., 12th Floor
Forest Hills, NY 11375


Enviornmental Control Board
P.O. Box 2307
New York, NY 10272


Environmental Control Board
66 John Street, 10th Floor
New York, NY 10038


Helen Skarla
8301 Ridge Boulevard, 1A
Brooklyn, NY 11209


Kostas Golfinopoulos
c/o The Abramson Law Group, PLLC
570 Lexington Avenue, 23rd Floor
New York, NY 10022


NPSFI LLC
c/o Butler, Fitzgerald
Fiveson & McCarthy PC
9 East 45th Street, Ninth Floor
New York, NY 10017


NPSFT LLC
c/o Butler, Fitzgerald
Fiveson & McCarthy PC
9 East 45th Street, Ninth Floor
New York, NY 10017


NPSFT LLC
213-04 33rd Road
Bayside, NY 11361


NYC Department of Finance
P.O. Box 32
New York, NY 10006


NYC Department of Finance
P.O. Box 5564
Binghamton, NY 13902-5564

NYC Department of Finance
345 Adams Street, 3rd floor
Attn: Legal Affairs
Brooklyn, NY 11201-3719